# UNITED STATES DISTRICT COURT
## District of Minnesota

Julio Neptaly Cortes Villatoro

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01451-JRT-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: The Court's Memorandum and Order 7 has been satisfied. This case is closed.

Date: 3/3/2026

KATE M. FOGARTY, CLERK